UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| In re: INTERNATIONAL MANUFACTURING GROUP, INC.,<br><br>Debtor. | BANKR. ADVERSARY NO. 16-02082<br><br>BANKR. NO. 14-25820 |
| BEVERLY N. McFARLAND, Chapter 11 Trustee, International Manufacturing Group, Inc.,<br><br>Plaintiff,<br><br>v.<br><br>BATTLE CREEK STATE BANK and WINGS INSURANCE, INC.,<br><br>Defendants. | CIV. NO. 2:16-01216 WBS AC |
| BEVERLY N. McFARLAND, Trustee,<br><br>Plaintiff,<br><br>v.<br><br>BATTLE CREEK STATE BANK,<br><br>Defendant. | ORDER<br><br>CIV. NO. 2:18-00289 MCE |

----oo0oo----

The court has received the Notice of Related Cases concerning the above-captioned cases filed on April 20, 2018. See Local Rule 123.  However, because assignment of the matters to the same judge is not likely to effect a substantial saving of judicial effort, the court declines to relate or reassign the cases at this time.  This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

Dated: April 23, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE